No. 893. CONSOLIDATION COAL COMPANY, PETITIONER, *v.* CARRIE SALYER, ADMINISTRATRIX, ETC. April 1, 1918. Petition for a writ of certiorari to the United States Cir-

cuit Court of Appeals for the Sixth Circuit denied. *Mr. Edward C. O'Rear* for petitioner. No appearance for respondent.